# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Lebolo-Watts Constructors 01 JV, LLC | ) | ASBCA Nos. 59739, 59910 |
| | ) | |
| Under Contract No. W912DR-11-C-0033 | ) | |

APPEARANCES FOR THE APPELLANT:    Herman M. Braude, Esq.
　　　　　　　　　　　　　　　　　　Edward D. Manchester, Esq.
　　　　　　　　　　　　　　　　　　　Braude Law Group, P.C.
　　　　　　　　　　　　　　　　　　　Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
　　　　　　　　　　　　　　　　　　　Engineer Chief Trial Attorney
　　　　　　　　　　　　　　　　　　William J. Selinsky, Esq.
　　　　　　　　　　　　　　　　　　Scott C. Seufert, Esq.
　　　　　　　　　　　　　　　　　　David B. Jerger, Esq.
　　　　　　　　　　　　　　　　　　　Engineer Trial Attorneys
　　　　　　　　　　　　　　　　　　　U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The parties' joint motion of 29 September 2016 states that the parties have "settled the claim that is the subject of these appeals by agreement dated July 7, 2016 and by Contract modification P00003, which effectuated the settlement agreement." They ask that these appeals be dismissed with prejudice.

The parties' motion is granted, and these appeals are dismissed with prejudice.

Dated: 4 October 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　REBA PAGE
　　　　　　　　　　　　　　　　　　Administrative Judge
　　　　　　　　　　　　　　　　　　Armed Services Board
　　　　　　　　　　　　　　　　　　of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59739, 59910, Appeals of Lebolo-Watts Constructors 01 JV, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals